In the Matter of the Accounting of FRITZ KLENK, as Administrator of the Estate of MARIE KLENK, Deceased, Respondent.

FRITZ KLENK, JR., et al., Appellants.

*Matter of Klenk*, 165 App. Div. 917, affirmed.
(Submitted April 12, 1915; decided April 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 13, 1914, which reversed a decree of the Queens County Surrogate's Court settling the account of Fritz Klenk, as administrator of the estate of Marie Klenk, deceased. The question presented concerns the ownership of two bank deposits standing in the name of the decedent, one in the Corn Exchange Bank of Long Island City, the other in the German Savings Bank of New York; also, of a promissory note made to the decedent by the brother of the administrator. The surrogate found as facts that the moneys standing to the credit of the decedent, as well as the note, were her property; that the administrator made no effort to collect the note, the maker in the meantime became insolvent, and found as conclusions of law that the administrator should be charged with the amounts in the banks and with the note.

*William Rasquin, Jr.*, for appellants.

*John B. Merrill* for respondent.

Order affirmed, without costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.